**MOSAIC 360, LLC.**

    **Plaintiff,**

    **v.**                                      Case No. 2:19-cv-00341-JPS

**PAUL HULTGREN**

    **and**

**LESLIE HULTGREN,**

    **Defendants.**

## MOTION TO DISMISS AND COMPEL ARBITRATION

Defendants Paul Hultgren and Leslie Hultgren respectfully move the Court, pursuant to Fed. R. Civ. P. 12(b)(3), for entry of an order dismissing this case and compelling arbitration of the claims asserted in the complaint.. The grounds for this motion are set forth in the accompanying brief.

Dated: April 12, 2019

                                                  */s/ Gregory M. Schrieber*
                                                  Jerome R. Kerkman
                                                  Gregory M. Schrieber
                                                  Kerkman & Dunn
                                                  Attorneys for Defendants Paul Hultgren
                                                  and Leslie Hultgren

<u>P.O. Address</u>:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: gschrieber@kerkmandunn.com