THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MOSAIC 360, LLC,

      Plaintiff,

             Case No. 19-CV-341-JPS

 v.

PAUL HULTGREN and
LESLIE HULTGREN,

      Defendants.

## JOINT RULE 26(F) REPORT

On May 2, 2019, Plaintiff, Mosaic 360, LLC, ("Mosaic 360") by its attorneys Davis & Kuelthau, s.c., and Defendants, Paul Hultgren and Leslie Hultgren (collectively, "the Hultgrens"), by their attorneys Kerkman & Dunn, discussed the issues identified in Rule 26(f) of the Federal Rules of Civil Procedure and Civil Local Rule 16(a), and hereby submit this Joint Rule 26(f) Report and proposed discovery plan.

**NATURE OF THE CASE**.

Plaintiff alleges its former business manager and employee engaged in a series of improper acts to gain company information, including trade secrets, to which he was not entitled and/or through means by which either he was not authorized or were fraudulent, in effort to harm the business and business reputation of the plaintiff. Some of these actions included use of protected computers under 18 U.S.C. § 1030 by one or both defendants, and some of these

actions included misuse of documents obtained in prior litigation. The defendants deny all allegations of wrongdoing.

## I.  SETTLEMENT DISCUSSION.

The parties discussed the parameters of a potential resolution at the Rule 26(f) conference, and intend to follow up.

## II.  DISCOVERY PLAN.

A.  **Initial Disclosures**.  The parties agree to make the initial disclosures required under Rule 26(a) on or before June 12, 2019.

B.  **Discovery Subjects**.  The parties anticipate that discovery is necessary on issues relating to all claims and defenses.

C.  **E-Discovery**.  The parties discussed this and, while it is likely that the parties will take discovery of electronically stored information, the parties do not anticipate any issues regarding same.

D.  **Claim of Privilege and Protection**.  The Defendants anticipate a potential privilege issue for communications between husband and wife.

E.  **Discovery Limits and Protective Order**.  The parties will prepare a stipulated protective order and submit it to the Court within 30 days.  It will address issues related to II.D. (above), potential confidential financial information of the parties, and limiting cross-over discovery for contemporaneous litigation between these parties, or substantially similar parties, which is or will be pending.

2

**III.    PROPOSED SCHEDULE**.

The Court has ordered a Rule 16(b) scheduling conference on May 9, 2019 at 9:30 a.m., and the parties have discussed the following proposed schedule:

| DATE | ACTION/ACTIVITY |
| --- | --- |
| 6/12/19 | Rule 26(a) initial disclosures |
| 6/9/19 | Amendment of pleadings |
| 8/1/19 | Plaintiff's expert and lay witness disclosures w. reports |
| 10/1/19 | Defendants' expert and lay witness disclosures w. reports |
| 11/1/19 | Rebuttal expert reports |
| 12/1/19 | Discovery closes |
| 12/10/19 | Deadline to file dispositive motions |

Mosaic 360 requests a jury trial in this matter.  The parties anticipate the trial would take 4 days.

3

Dated:  May 6, 2019.                    DAVIS & KUELTHAU, S.C.


                                        *Electronically signed by Matthew R. McClean*
                                          Matthew R. McClean
                                          State Bar No. 1041470
                                          Tiffany E. Woelfel
                                          State Bar No. 1093779
                                          111 E. Kilbourn Avenue, Suite 1400
                                          Milwaukee, WI 53202
                                          414.225.1420 direct dial
                                          414.278.3620 direct fax
                                          mmcclean@dkattorneys.com
                                          twoelfel@dkattorneys.com


                                        *Attorneys for Plaintiff, Mosaic 360, LLC*
                                        KERKMAN & DUNN

Dated:  May 6, 2019                     *Electronically signed by Jerome R. Kerkman*
                                          Jerome R. Kerkman
                                          State Bar No. 1005832
                                          839 N. Jefferson St., Suite 400
                                          Milwaukee, WI  53202-3744
                                          414.533.0980 direct dial
                                          414.277.8200 main line
                                          414.277.0100 fax
                                          jkerkman@kerkmandunn.com

                                        *Attorneys for Defendants,*
                                        *Paul Hultgren and Leslie Hultgren*

4