THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MOSAIC 360, LLC,

                          Plaintiff,

                                                      Case No. 19-CV-341-JPS

    v.

PAUL HULTGREN and
LESLIE HULTGREN,

                          Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

      Now comes Plaintiff, Mosaic 360, LLC, by its counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files this notice of voluntary dismissal without prejudice and without costs. Active arbitration is being pursued between the parties and Defendants have moved for such arbitration in this dispute; therefore, Plaintiff retains its rights to pursue all such claims in the arbitration proceeding at the appropriate time as articulated by the arbitrator.

      Because the Defendants have not served an answer or filed a motion for summary judgment, no Court order is required and the Court may dismiss the action upon this Notice.

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), all claims are dismissed without prejudice and without costs.

Dated: September 30, 2019.	DAVIS & KUELTHAU, S.C.

<u>*Electronically signed by Matthew R. McClean*</u>
   Matthew R. McClean
   State Bar No. 1041470
   Tiffany E. Woelfel
   State Bar No. 1093779
   111 E. Kilbourn Avenue, Suite 1400
   Milwaukee, WI 53202
   414.225.1420 direct dial
   414.278.3620 direct fax
   mmcclean@dkattorneys.com
   twoelfel@dkattorneys.com

*Attorneys for Plaintiff, Mosaic 360, LLC*

2

Case 2:19-cv-00341-JPS   Filed 09/30/19   Page 2 of 2   Document 23