# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MOSAIC 360, LLC, | |
| Plaintiff, | Case No. 19-CV-341-JPS |
| v. | |
| PAUL HULTGREN and LESLIE HULTGREN, | **ORDER** |
| Defendants. | |

On September 30, 2019, Plaintiff filed a notice of voluntary dismissal of this action without prejudice and without costs assessed to any party. (Docket #23). The Court will adopt that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants' motion to dismiss and compel arbitration, (Docket #10), and the parties' joint motion for entry of a protective order, (Docket #22), will be denied as moot.

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #23) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party;

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss and compel arbitration (Docket #10) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that the parties' joint motion for entry of a protective order (Docket #22) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 30th day of September, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge